```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Richard Maximus Strahan

       v.                              Case No. 17-cv-00163-JL

Kelly et al

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 14, 2017.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: July 12, 2017

cc:   Richard Maximus Strahan, pro se
      Corey M. Belobrow, Esq.
      J. Joseph McKittrick, Esq.
      Eric Alexander Maher, Esq.